# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

JOE SAENZ, Parent,
on behalf of V.S., Student,

     Plaintiff,

v.                                  No. CV 18-954 GBW/CG

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, et al.,

     Defendants.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME

**THIS MATTER** is before the Court on *Defendant New Mexico Public Education Department's unopposed Motion for an extension of time, until December 14, 2018, to file an answer or motion in response to Plaintiff's Complaint* (the "Motion"), (Doc. 8), filed November 16, 2018.

The Court, having read the Motion, noting it is unopposed, and being otherwise fully informed, finds that the motion is well-taken and there is good cause to extend the time Defendant may file an answer or otherwise respond to Plaintiff's complaint.

**IT IS THEREFORE ORDERED** that Defendant's Motion is **GRANTED** and it shall have until **December 14, 2018** to file an answer or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE