UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOE SAENZ, Parent,
on behalf of V.S., Student,

    Plaintiff,

v.                                                                                          No. CV 18-954 GBW/CG

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC HEARING

**THIS MATTER** is before the Court on Defendant New Mexico Public Education Department's *Motion to Stay Discovery*, (Doc. 19), filed January 2, 2019 and having conferred with counsel about a mutually-convenient date, time, and location. **IT IS HEREBY ORDERED** that a hearing will be held by telephone on **Monday, February 11, 2019, at 10:30 a.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE