**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JOE SAENZ, Parent,
on behalf of V.S., Student,

    Plaintiff,

v.                                                            No. CV 18-954 GBW/CG

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC HEARING

**THIS MATTER** is before the Court on its Telephonic Rule 16 Scheduling Conference. **IT IS HEREBY ORDERED** that a telephonic status conference will be held on **Tuesday, August 20, 2019, at 3:00 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE