IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE SAENZ, *on behalf of V.S.*,

    Plaintiff,

v.                                            Civ. No. 18-954 GBW/CG
                                              Civ. No. 18-955 JAP/GBW

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, *et al.*,

    Defendants.

## ORDER GRANTING MOTION FOR PARTIAL DISMISSAL

THIS MATTER comes before the Court on Plaintiff's Motion for Partial Dismissal of his claims. *Doc. 47*. Plaintiff moves the Court to dismiss consolidated case Civ. No. 18-955 in its entirety, and to dismiss all claims against Defendant Silver Consolidated Schools in case Civ. No. 18-954. The Court, having reviewed the Motion and being fully advised in the premises, finds it to be well-taken and hereby GRANTS it.

It is therefore ORDERED that consolidated member case Civ. No. 18-955 is DISMISSED WITH PREJUDICE in its entirety. It is further ORDERED that all claims against Defendant Silver Consolidated Schools in case Civ. No. 18-954 are hereby DISMISSED WITH PREJUDICE.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**