**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JOE SAENZ, Parent,
on behalf of V.S., Student,

      Plaintiff,

v.                              No. CV 18-954 GBW/CG

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, et al.,

      Defendants.

## ORDER SETTING BRIEFING SCHEDULE AND
## TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court having conferred with counsel at the parties'

October 10, 2019, *Status Conference*, (Doc. 53), (Doc. 56).

**IT IS HEREBY ORDERED** that:

1.) Defendant may file a Motion for Protective Order by **October 18, 2019**;

2.) Plaintiff may file a Response no later than **October 23, 2019**; and

3.) The Court shall hear oral argument on the Motion for Protective Order on

**October 25, 2019, at 8:30a.m.** Parties shall call Judge Garza's AT&T

Teleconference line at (877) 810-9415, follow the prompts, and enter the Access

Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE