IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE SAENZ, Parent,
on behalf of V.S., Student,

    Plaintiff,

v.           No. CV 18-954 GBW-CG

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, et al.

    Defendants.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon review of the record. Upon receipt of the *Notice of Acceptance with Offer of Judgment*, (Doc. 58), filed on October 17, 2019, the Court shall vacate the motion hearing scheduled for Friday, October 25, 2019.

**IT IS THEREFORE ORDERED** that the motion hearing scheduled for Friday, October 25, 2019, at 8:30 a.m. is hereby **VACATED**.

**IT IS SO ORDERED.**

    THE HONORABLE CARMEN E. GARZA
    CHIEF UNITED STATES MAGISTRATE JUDGE