**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JOE SAENZ, Parent,
on behalf of V.S., Student,

    Plaintiff,

v.                                                     No. CV 18-954 GBW-CG

BOARD OF EDUCATION OF SILVER
CONSOLIDATED SCHOOLS, et al.

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon review of the record. Upon filing of the *Notice of Acceptance with Offer of Judgment*, (Doc. 58), on October 17, 2019, the parties informed the Court of their full resolution of issues in this matter.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by Monday, **November 18, 2019**.

**IT IS SO ORDERED.**

                                          THE HONORABLE CARMEN E. GARZA
                                          CHIEF UNITED STATES MAGISTRATE JUDGE